IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSTEOPLASTICS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CONFORMIS, INC.,<br><br>      Defendant. | C.A. No. 20-405-MN-JLH |
| OSTEOPLASTICS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES, INC., DEPUY SYNTHES PRODUCTS, INC., AND SYNTHES, INC.<br><br>      Defendants. | C.A. No. 20-406-MN-JLH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

WHEREAS the Court entered a Case Scheduling Order in the above-captioned matters on November 2, 2020, which included, *inter alia*, several case deadlines as outlined in the following table;

WHEREAS Magistrate Judge Hall issued a Report and Recommendation regarding claim construction on September 29, 2021 (405 Action D.I. 89; 406 Action D.I. 100);

WHEREAS the Court entered a text-only Order on October 12, 2021, modifying certain upcoming deadlines in the above-captioned matters according to a Joint Stipulation and Proposed Order the parties filed on October 8, 2021 (405 Action D.I. 91; 406 Action D.I. 103) including as outlined in the following table;

WHEREAS the parties filed objections to Magistrate Judge Hall's Report and Recommendation on October 13, 2021 (405 Action D.I. 92; 406 Action D.I. 104 and D.I. 105),

and responses to these objections on October 27, 2021 (405 Action D.I. 95; 406 Action D.I. 108 and D.I. 109);

WHEREAS the District Court ordered the parties to file a joint letter regarding the plain and ordinary meaning of certain terms on November 9, 2021 (405 Action D.I. 96; 406 Action D.I. 110);

WHEREAS the parties filed a joint letter pursuant to that Order on November 16, 2021 (405 Action D.I. 97; 406 Action D.I. 111);

WHEREAS the parties are awaiting the District Court's rulings on the objections to Magistrate Judge Hall's Report and Recommendation regarding claim construction;

WHEREAS several upcoming case deadlines are impacted by any rulings by the District Court on the objections to Magistrate Judge Hall's Report and Recommendation regarding claim construction, such as final invalidity contentions, expert reports, case dispositive motions, and any supplemental infringement contentions for which the Court grants leave;

WHEREAS the parties in the 405 and 406 Actions believe a reasonable possibility exists that the District Court's adoption of the claim construction rulings in the Report and Recommendation will result in some or all of the asserted patents (or claims) being dismissed and/or will be the subject of a stipulation for the purposes of an appeal;

WHEREAS the parties in the 406 Action (Osteoplastics and DePuy) stipulate and agree— and Conformis does not oppose—an approximately five-month extension of the case deadlines for both the 405 and 406 Actions as outlined below in anticipation of the District Court's claim construction rulings;

WHEREAS good cause exists for the requested five-month extension because during the proposed extension the parties in the 405 and 406 Actions wish to continue to engage in discussions about potential dismissal of some or all patents and claims, stipulations for purposes of appeal,

and/or settlement. The parties have begun such discussions, and believe that the final claim construction rulings will significantly inform the discussions and help the parties to identify next steps that are most efficient for the parties and the Court;

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the 406 Action (Osteoplastics and DePuy)—and unopposed by Conformis—through their undersigned counsel and subject to the approval of the Court, that each of the following dates in the Court's Scheduling Order for both the 405 and 406 Actions (405 Action D.I. 40; 406 Action D.I. 46) and the Court's October 12, 2021 text-only Order are extended by approximately five months as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to File Joint Status Report | January 7, 2022 | June 3, 2022 |
| End of Fact Discovery | January 21, 2022 | June 17, 2022 |
| Defendants Provide Final Invalidity Contentions | January 25, 2022 | June 24, 2022 |
| Opening Expert Reports | February 8, 2022 | July 15, 2022 |
| Rebuttal Expert Reports | March 8, 2022 | August 26, 2022 |
| Deadline for Defendants to File a 3-Page Letter to Request Additional Pages for Daubert Motion | March 22, 2022 | September 23, 2022 |
| Reply Expert Reports | March 22, 2022 | September 9, 2022 |
| End of Expert Discovery | April 1, 2022 | September 23, 2022 |
| Case Dispositive Motions | April 14, 2022 | September 30, 2022 |
| Deadline for Objections to Expert Testimony | April 14, 2022 | September 30, 2022 |
| Answering Briefs in Opposition to Case Dispositive Motions | May 12, 2022 | October 28, 2022 |
| Reply Briefs in Support of Case Dispositive Motions | June 2, 2022 | November 22, 2022 |
| Meet and Confer | August 8, 2022 | December 15, 2023 |
| Parties File Jury Instructions, Voir Dire, and Special Verdict Forms | September 23, 2022 | February 20, 2023 |
| Joint Proposed Final Pretrial Order | September 27, 2022 | February 24, 2023 |
| Final Pretrial Conference (First Action To Be Tried) | October 4, 2022 at 4:30 p.m. | March 2023 |
| Trial (8 days) first action to be tried | October 11, 2022 | March 2023 |

3

| | |
|---|---|
| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
| /s/ Martina Tyreus Hufnal | /s/ Andrew C. Mayo |
| Martina Tyreus Hufnal (#4771) | Steven J. Balick (#2114) |
| 222 Delaware Avenue, 17th Floor | Andrew C. Mayo (#5207) |
| P.O. Box 1114 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 778-8407 | Wilmington, Delaware 19899 |
| tyreushufnal@fr.com | (302) 654-1888 |
| | sbalick@ashbygeddes.com |
| *Attorneys for Plaintiff* | amayo@ashbygeddes.com |
| | |
| | *Attorneys for Defendant ConforMIS, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
caras@rlf.com

*Attorneys for Defendants DePuy Synthes, Inc., DePuy Synthes Products, Inc., and Synthes, Inc.*

December 16, 2021

**IT IS SO ORDERED** this _____ day of December 2021.

_____
United States District Judge